George Minor MEREDITH, II,
M.D., Plaintiff–Appellant,

v.

Carla STOVALL, in her personal capacity; Kelli Benintendi, Esq.; John W. Knack, in his personal capacity; Kenneth Scheinberg, in his personal capacity; Jane Holt; Vicky Jones, Defendants–Appellees.

No. 02–1652.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 19, 2002.

George Minor Meredith, II, Appellant Pro Se. Richard Joshua Cromwell, Brian Andrew Wainger, McGuirewoods, L.L.P., Norfolk, Virginia, for Appellees.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

George Minor Meredith, II, appeals the district court's order dismissing his civil action for lack of personal jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Meredith v. Stovall,* No. CA–02–192–2 (E.D. Va. June 10, 2002). We deny the Appellees' motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*